IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DEMETRICE NORWOOD,**
**by his next friend and mother,**
**LINDA REDDEN,**

    **Plaintiff,**

v.

**WEXFORD HEALTH SOURCES, INC.,**
**et al.,**

    **Defendants.**                                    **Case No. 08-cv-599-DRH**

**ORDER**

**HERNDON, Chief Judge:**

        For purposes of case management, the Court acknowledges that on November 11, 2009, defendant Mearl Justus filed a Statement Noting a Party's Death (Doc. 34), which notes the death of defendant Brenda Cole (named in the suit as "Lieutenant Cole") during the pendency of this action. **Federal Rule of Civil Procedure 25(a)** provides that a motion for substitution of party must be made within 90 days of the service of a statement noting a party's death.

        Accordingly, any and all Parties to this case shall have 90 days from the date of service of said Statement Noting a Party's Death (Doc. 34) to file a motion for substitution of defendant Brenda Cole (a.k.a. "Lieutenant Cole"). If no motion is

timely filed, Plaintiff's claims against defendant Cole shall be dismissed with prejudice.

**IT IS SO ORDERED**.

Signed this 13th day of November, 2009.

/s/    David R Herndon

**Chief Judge
United States District Court**