IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

DEMETRICE NORWOOD, by his next
friend and mother, LINDA REDDEN,

    Plaintiff,

v.

WEXFORD HEALTH SOURCES, INC.,
et al.,

    Defendants.                                        Case No. 08-cv-599-DRH

## ORDER

**HERNDON, Chief Judge:**

        Before the Court is Plaintiff's Motion to Dismiss With Prejudice (Doc. 47). As the Parties have reached settlement, the Court finds good cause to **GRANT** said Motion (Doc. 47). Accordingly, Plaintiff's claims against Defendants in this matter are hereby **DISMISSED WITH PREJUDICE**, pursuant to **FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)**. Each Party to bear their own costs and fees, unless previously agreed otherwise in settlement.

        **IT IS SO ORDERED.**

        Signed this 10th day of September, 2010.

                                                        /s/     David R Herndon

                                                        **Chief Judge**
                                                        **United States District Court**